UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRENDA M. WIBLE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-566-LJM-JMS |
| | ) | |
| ALLIANCEONE RECEIVABLES | ) | |
| MANAGEMENT, INC. | ) | |
|     Defendant. | | |

## **ORDER**

The parties having reported a settlement, IT IS ORDERED that all deadlines previously established are hereby vacated, and any pending motion is hereby denied as moot.

Counsel are directed to proceed to finalize the agreement to resolve these claims, and to file the appropriate dismissal documents with the Clerk of Court. Failure to do so within thirty days will result in the administrative closing of this case.

06/15/2007

                                              Jane Magnus-Stinson
                                              United States Magistrate Judge
                                              Southern District of Indiana

Copies to:

Bonnie Christine Dragotto
GOMOLINSKI & PHILIPPS LTD
bdragotto@aol.com

Steven James Halbert
shalbertlaw@aol.com

Corinne Cantwell Heggie
HINSHAW & CULBERTSON LLP
cheggie@hinshawlaw.com

David J. Philipps
GOMOLINSKI & PHILIPPS LTD
davephilipps@aol.com

Mary E. Philipps
GOMOLINSKI & PHILIPPS, LTD
mephilipps@aol.com

David M. Schultz
HINSHAW & CULBERTSON
dschultz@hinshawlaw.com