IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Brenda M. Wible, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-CV-0566-LJM-JMS |
| ) | |
| AllianceOne Receivables Management, ) | |
| Inc., a Delaware corporation, ) | |
| ) | |
|    Defendant. ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, Brenda M. Wible, having reached a settlement with Defendant, hereby stipulates to the dismissal of this lawsuit with prejudice.

Dated: July 3, 2007

One of Plaintiff's Attorneys

/s/  David  J. Philipps
David J. Philipps  (Ill. Bar No. 06196285)
Gomolinski & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457
(708) 974-2900
(708) 974-2907 (FAX)

The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice.

Dated:  07/07/2007

                                              ENTERED:

                                              LARRY J. McKINNEY, CHIEF JUDGE
                                              United States District Court
                                              Southern District of Indiana

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2007, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David M. Schultz          dschultz@hinshawlaw.com
Corinne C. Heggie         cheggie@hinshawlaw.com
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601

/s/ David J. Philipps_____

David J. Philipps
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com